IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-02596-WYD-MJW

QWEST CORPORATION, a Colorado corporation,

    Plaintiff,

v.

THE PUBLIC UTILITIES COMMISSION OF COLORADO, a regulatory agency of the State of Colorado;
GREGORY E. SOPKIN, in his official capacity as a Commissioner of the Public Utilities Commission of Colorado;
POLLY PAGE, in her official capacity as a Commissioner of the Public Utilities Commission of Colorado; and
CARL MILLER, in his official capacity as a Commissioner of the Public Utilities Commission of Colorado;,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Withdraw as Counsel, filed May 25, 2006 (docket #38).  The motion requests that attorney Gary B. Witt be permitted to withdraw as counsel for the Public Utilities Commission of the State of Colorado in this matter and states that Mr. Witt is no longer employed by the Colorado Attorney General's Office.  Upon consideration of the motion and the file in this case, I find that the motion should be **GRANTED**.  Therefore, it is hereby

ORDERED that attorney Gary B. Witt shall be permitted to withdraw as counsel for Defendants in this matter.

Dated: May 31, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge